

# Notice of Service of Process

WAS / ALL
Transmittal Number: 15042824
Date Processed: 04/18/2016

| | |
|---|---|
| Primary Contact: | Legal Department<br>American Family Mutual Insurance<br>6000 American Pkwy<br>Madison, WI 53783 |
| Entity: | American Family Mutual Insurance Company<br>Entity ID Number  3195323 |
| Entity Served: | American Family Mutual Insurance Company |
| Title of Action: | Timothy Albright vs. American Family Mutual Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Hennepin County District Court, Minnesota |
| Case/Reference No: | Not Shown |
| Jurisdiction Served: | Minnesota |
| Date Served on CSC: | 04/15/2016 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Richard A. Ruohonen<br>952-832-5800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



April 13, 2016

**CERTIFIED MAIL**

Corp. Service Company
2345 Rice Street, Suite 230
Roseville, MN 55113

Re:   Our Client:        Timothy Albright
      Date of Injury:    5/22/2015

Dear Sir or Madam:

Enclosed and served upon you please find a copy of a Summons and Complaint pursuant to Minnesota Statute Section 45.028. A copy of the Summons and Complaint has also been mailed to the Department of Commerce on this date.

Thank you for your attention to this matter.

Very truly yours,

TSR Injury Law

Richard A. Ruohonen
RAR:tdm
Direct Dial: 952-832-3590
rich@TSRInjuryLaw.com

Enclosure

cc:   Department of Commerce
      Consumer Protection and Education Division
      85 7th Place East, Suite 500
      St. Paul, MN 55101

Terry, Slane & Ruohonen, PLLC  |  7760 France Avenue South  Suite 820  Bloomington, MN 55435  |  o 952.832.5800  f 952.835.8900
TSRINJURYLAW.COM

## AFFIDAVIT OF RICHARD A. RUOHONEN

I, Richard A. Ruohonen, being first duly sworn on oath, deposes and states as follows:

1. My name is Richard A. Ruohonen, and I am the lawyer representing the Plaintiff in this matter.

2. That on April 13, 2016, I mailed a copy of this Summons and Complaint to the Department of Commerce at Consumer Protection and Education Division, 85 7th Place East, Suite 500, St. Paul, MN 55101.

3. That on April 13, 2016, I mailed by certified mail a copy of the Summons and Complaint to the American Family Mutual Insurance Company by delivering a copy to the Corp. Service Company, 2345 Rice Street, Suite 230, Roseville, MN 55113.

4. That this Affidavit is filed to show compliance with Minnesota Statute Section 45.028.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: 4/13/16

Richard A. Ruohonen (#270350)

COUNTY OF HENNEPIN   )
                     ) ss.
STATE OF MINNESOTA   )

Subscribed and sworn to before me this 13th day of April, 2016.

Notary Public

Tiffany Danielle McKittrick
Notary Public - Minnesota
My Commission Expires 1-31-2020

STATE OF MINNESOTA                                        DISTRICT COURT

COUNTY OF HENNEPIN                                   FOURTH JUDICIAL DISTRICT

                                                          PERSONAL INJURY

---

Timothy Albright,

       Plaintiff,                                           SUMMONS

v.

American Family Mutual Insurance Company,

       Defendant.

---

THE STATE OF MINNESOTA TO THE ABOVE NAMED DEFENDANT:

    1.    **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the court and there may be no Court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons a written response called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at TSR Injury Law, 7760 France Avenue South, #820 Bloomington, MN 55435.

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO TH E PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

    5.    **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do

not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: 4/13/16

By: TSR Injury Law
Richard A. Ruohonen (#270350)
Attorney for Plaintiff
7760 France Ave. S., Suite 820
Bloomington, MN 55435
Phone: 952-832-5800
Fax:   952-835-8900

STATE OF MINNESOTA                                         DISTRICT COURT

COUNTY OF HENNEPIN                                     FOURTH JUDICIAL DISTRICT

---

Timothy Albright,

        Plaintiffs,

vs.                                                                                        COMPLAINT

American Family Mutual Insurance Company,

        Defendant.

---

I.

At all times material herein, Defendant American Family Mutual Insurance Company was an insurance company licensed to do business in the State of Minnesota and maintaining a business office in the County of Hennepin, State of Minnesota.

II.

On or about May 22, 2015, Kelley French so negligently operated a motor vehicle so as to cause it to collide with Plaintiff Timothy Albright's motor vehicle.

III.

That as a direct and proximate result of the negligence of Kelley French as alleged, Plaintiff was caused to sustain injuries to his body and nervous system; that as a result of said injuries, Plaintiff has incurred a loss of earnings and a reduction of earning capacity; that some of the injuries are permanent, have caused and will in the future cause the Plaintiff to suffer great mental and physical pain and anguish; that Plaintiff has incurred and will in the future incur medical expenses, the exact amount of which cannot be ascertained at this time, all to the

Plaintiff's damage in a reasonable amount in excess of Fifty Thousand and No/100 Dollars ($50,000.00).

IV.

At some time prior to May 22, 2015, Defendant American Family Mutual Insurance Company issued a policy of insurance to Plaintiff for which policy Plaintiff paid premiums and which policy was in effect on May 22, 2015. Plaintiff was insured under said policy of insurance.

V.

Said policy of automobile insurance provided, among other coverages, underinsured motorist coverage in the amount of $100,000 per occurrence.

VI.

The vehicle operated by Kelley French was underinsured within the meaning of Defendant's policy of insurance and the Minnesota No-Fault Automobile Insurance Act.

VII.

Plaintiff is entitled pursuant to Minnesota Statute Section 65B and Plaintiff's contract of insurance to receive underinsured motorist benefits as those benefits are defined in Minnesota Statute Section 65B.49 from Defendant for the damages alleged.

VIII.

Plaintiff gave notice of claim and complied with all the terms and conditions of the policy of insurance for payment of underinsured motorist benefits, but the benefits have not been forthcoming.

IX.

Plaintiff reserves the right to Arbitration if called for under the terms of the policy of

insurance for underinsured motorist benefits.

**WHEREFORE,** Plaintiff prays for a judgment against Defendant for a reasonable amount in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars, together with costs, disbursements, and statutory prejudgment interest herein.

Dated: 4/13/16

TSR Injury Law

By: _____
Richard A. Ruohonen (#270350)
Attorney for Plaintiff
7760 France Ave. S., Suite 820
Bloomington, MN 55435
Phone: 952-832-5800
Fax:    952-835-8900

## ACKNOWLEDGMENT REQUIRED BY

## MINN. STAT. § 549.211, SUBD. 2

I hereby acknowledged that, pursuant to Minn. Stat. § 549.211 (2), costs disbursements and reasonable attorney and witness fees may be awarded to the opposing party or parties in this litigation in this Court should find I acted in bad faith, asserted a claim or defense that is frivolous and that is costly to the other party, asserted an unfounded position solely to delay the ordinary course of the proceedings or to harass, or committed a fraud upon the Court.

Dated: 4/13/16

TSR Injury Law

By: _____
Richard A. Ruohonen (#270350)
Attorney for Plaintiff
7760 France Ave. S., Suite 820
Bloomington, MN 55435
Phone: 952-832-5800
Fax:    952-835-8900



Terry, Slane & Ruohonen, PLLC
7760 France Avenue South
Suite 820
Bloomington, MN 55435

Corp. Service Company
2345 Rice Street, Suite 230
Roseville, MN 55113

